## Commonwealth *v.* King, Appellant.

Submitted March 10, 1969. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* LaValle, Appellant.

Submitted March 10, 1969. *Harvey C. Bridgers, Jr.,* for appellant; *Merrill W. Kerlin,* District Attorney, for Commonwealth, appellee.

Order affirmed.